REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | Federal Employer's Liability Act | | | |
|---|---|---|---|---|
| CASE NO:<br>12cv1361 | DATE REFERRED:<br>5/16/2014<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>JAMES E. BOASBERG | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF (S): | DEFENDANT (S): |
|---|---|
| MICHAEL WEISS | NATIONAL RAILROAD PASSENGER CORPORATION, et al. |

ENTRIES:

Case referred to Magistrate Judge Kay for mediation. Mediation shall be completed between August 1, 2014, and August 31, 2014.