UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEISS**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NATIONAL RAILROAD PASSENGER** )<br>**CORPORATION**, )<br>)<br>Defendant. )<br>) | Civil Action No. 12-cv-1361 (TSC) |

### PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT

The Court has been advised by the mediator that the parties in this action have reached a settlement.  Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated.  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice.  If settlement is not consummated, either party may reopen the action until **September 30, 2014**, upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date:  August 19, 2014

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge